Robert L. HILL, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 40924.

Missouri Court of Appeals,
Western District.

May 2, 1989.

Dan J. Pingelton, Columbia, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and CLARK and FENNER, JJ.

### ORDER

PER CURIAM.

Appeal from denial of Rule 27.26 motion for postconviction relief after an evidentiary hearing.

Affirmed. Rule 84.16(b).